IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS                                                      PLAINTIFF

v.                          Civil No. 07-5078

CAPTAIN HUNTER PETRAY;
DR. JOHN HUSKINS; and
NURSE ANDREA G.                                                   DEFENDANTS

## ORDER

David Daniels, currently an inmate of the Benton County Detention Center, has submitted

for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint

should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and

service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted the first page of an *in forma pauperis* (IFP)

application. However, he failed to submit the second page of the IFP application. **The clerk is**

**directed to mail the plaintiff an IFP application.** Plaintiff is given until **May 11, 2007**, to

complete and return the application to this court for review and filing or pay the $350 filing fee.

**If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by May**

**11, 2007, the complaint will become subject to summary dismissal for failure to obey an order**

**of the court.**

IT IS SO ORDERED this **23** day of April 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 6 2007

CHRIS R. JOHNSON, CLERK

BY
          DEPUTY CLERK

_J. Marschewski_
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)